IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVIE COLEMAN, Pro Se,      )
                             )
      Plaintiff,             )
                             )      CIVIL ACTION NO.
      v.                     )        2:26cv80-MHT
                             )          (WO)
JESSICA ERIN WRIGHT,         )
                             )
      Defendant.             )
```

OPINION

Plaintiff, who is proceeding in forma pauperis and pro se, filed this lawsuit apparently seeking to stop the defendant from selling his personal property without his permission while he is away in prison. Plaintiff's complaint is not a model of clarity. In it, he accuses the defendant, an individual, of "violating the (RICO LAWS) as well as the common laws, stocking laws and depriving rights of under the COLOR OF LAW ALSO acts of tyranny and treason." Complaint (Doc. 1) at 2. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the plaintiff's case be dismissed without

prejudice either for failure to state a claim upon which relief can be granted, or for lack of subject-matter jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted, all claims dismissed for failure to state a claim upon which relief can be granted and for lack of subject-matter jurisdiction, with the following addition.

The recommendation construes plaintiff's complaint as raising only federal claims under RICO and § 1983, and finds that no state-law claims have been asserted in the complaint. *See* Recommendation (Doc. 9) at 4, n.2. To the extent the complaint could be read as pleading a claim under state law for the tort of conversion (or another state-law claim), the claim will be dismissed without prejudice for failure for lack of subject-matter jurisdiction. The court lacks diversity

2

jurisdiction over such a claim under 28 U.S.C. § 1332 because plaintiff has failed to allege that he and defendant are citizens of different States or that the amount in controversy exceeds $ 75,000.

An appropriate judgment will be entered.

DONE, this the 21st day of May, 2026.

                           /s/ Myron H. Thompson   
                         UNITED STATES DISTRICT JUDGE

3