IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

STEVIE COLEMAN, Pro Se,     )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )         2:26cv80-MHT
                            )            (WO)
JESSICA ERIN WRIGHT,        )
                            )
     Defendant.             )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to state a claim upon which relief can be granted and lack of subject-matter jurisdiction, except for any state-law claim, which is dismissed only for lack of subject-matter jurisdiction.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of May, 2026.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE